

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Francis Gonzales, individually and as surviving widow of Carlos Gonzales,

\* From the 106th District Court of Dawsib County, Trial Court No. 15-05-19588.

Vs. No. 11-17-00130-CV

\* June 28, 2019

Brad Williams d/b/a Brad Williams Farms,

\* Memorandum Opinion by Bailey, C.J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Francis Gonzales, individually and as surviving widow of Carlos Gonzales.